May Term, 1850.

ANTHONY
v.
NEGLEY.

*J. S. Scobey*, for the plaintiffs.

*A. Davison*, for the defendants.

---

ANTHONY *v.* NEGLEY and Others.

If an administrator commit waste, his sureties are liable, under the statute of 1843, to a suit in chancery by the person interested.

ERROR to the *Vanderburgh* Circuit Court.

Tuesday, October 22.

BLACKFORD, J.—This was a bill in chancery, filed by *William Anthony*, administrator of the estate of *Jonathan Anthony*, deceased. *Jonathan Anthony* was the sole heir of *James Anthony*, deceased. *Catharine Anthony* and *Elisha King*, administered on the estate of *James Anthony; David Negley, Jesse McCallister*, and one *Robert Armstrong* were the sureties of said administrators. *Catharine Anthony* and *Robert Armstrong* are dead. The bill prays for an account of the administration, &c.

This suit is against said *King*, administrator, said *Negley* and *McCallister*, sureties as aforesaid, and the unknown heirs of said *Catharine Anthony*, administratrix, and the unknown heirs of said *Robert Armstrong*.

The bill alleges, among other things, that said *Catharine Anthony*, administratrix as aforesaid, received a large amount of the assets of the estate, and wasted and converted the same to her own use.

*Negley* and *McCallister*, two of said sureties, demurred

May Term, 1850.

generally to the bill; the demurrer was sustained, and the bill dismissed.

We think the demurrer in this case ought not to have been sustained. It has been decided, at the present term, that if an administrator commits waste, his sureties are liable, under the statute of 1843, to be sued in chancery by the person interested. *Persons et al.* v. *Crane* (1).

This case is governed by the statute of 1838; but the suit is also authorized by that statute. R. S. 1838, p. 191, s. 43.

The objection, therefore, made to the bill by *Negley* and *McCallister*, on the ground of their being sureties, is not tenable.

*Per Curiam.*—The decree is reversed with costs. Cause remanded for further proceedings. Costs here.

*J. G. Jones*, for the plaintiff.

*J. Pitcher*, for the defendants.

